[No. 29676-4-II.   Division Two.   May 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL CRYER PEARSON, JR., ET AL., *Defendants*, LOUIS WILLIAM WEBER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 02-1-00293-4, Kenneth D. Williams, J., entered November 27, 2002. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 29682-9-II.   Division Two.   May 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PARRIS DONZELL MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01019-4, Bryan E. Chushcoff, J., entered November 7, 2002. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 29713-2-II.   Division Two.   May 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN RAY RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00586-0, Leila Mills, J., entered December 3, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 29766-3-II.   Division Two.   May 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOSEPH BRADY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-06116-1, Bruce W. Cohoe, J., entered December 12, 2002. *Affirmed* by unpublished opinion per Seinfeld, J. Pro Tem., concurred in by Morgan, A.C.J., and Armstrong, J.